■ In the Matter of DEBORAH A. MASLOW et al., Respondents-Appellants, v ANTHONY J. MALONE et al., Appellants-Respondents, and MARTIN RICHARDS et al., Constituting the Board of Elections in the City of New York, Respondents. — Judgment of the Supreme Court, Kings County (Vinik, J.), dated August 20, 1984, affirmed, insofar as appealed from, without costs or disbursements. No opinion. Bracken, J. P., O'Connor, Niehoff and Boyers, JJ., concur.

■ In the Matter of PHILIP SCALA et al., Respondents, v MICHAEL J. ROMEO, Appellant, and ROBERT S. BLACK et al., Constituting the Board of Elections in the City of New York, Respondents. — Judgment of the Supreme Court, Kings County (Goldstein, J.), dated August 20, 1984, affirmed, without costs or disbursements. No opinion. Bracken, J. P., O'Connor, Niehoff and Boyers, JJ., concur.

■ In the Matter of ELIZABETH T. SCHARFF, Appellant, v ROBERT S. BLACK et al., Constituting the Board of Elections in the City of New York, Respondents, and MARGARET T. CHIFFRILLER, Respondent-Respondent. — Judgment of the Supreme Court, Queens County (Hyman, J.), dated August 20, 1984, affirmed, without costs or disbursements. No opinion. Mollen, P. J., Titone, Mangano, Gibbons and Thompson, JJ., concur.